UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:
Jaime Rodriguez Rodriguez
Maritza Rosado Vega
Debtor (s)

CASE NO: 05- 13013 BKT

CHAPTER 13

ANSWER TO MOTION TO DISMISS

TO THE HONORABLE COURT:

COMES NOW, debtor(s) through the undersigned attorney and to this Honorable Court respectfully state, allege and pray as follows:

1. That Standing Chapter 13 Trustee filed motion requesting the dismissal of instant case dated January 13, 2010 . See docket entry 154 .

2- Debtor accepts the factual allegations as stated by Trustee , however request that it be denied in view that debtor has sent buy U.S. Mail the amount of arrears stated in the above mention motion . With this last payment debtors have completed their payment plan . See attached exhibit .

WHEREFORE, debtor(s) request very respectfully from this Honorable Court to deny creditors above mentioned motion .

WE CERTIFY, that on this same date and by regular U.S. Mail, copy of this motion has been sent to Alejandro Oliveras Rivera , Chapter 13 Trustee, Old San Juan Station , P.O. Box 9024062 , San Juan . PR , 00903-4062 .

Respectfully Submitted.
In San Juan, Puerto Rico this February 8, 2011.

S/ JAIME RODRIGUEZ, ESQ
Attorney for debtor-205314
P.O. Box 2477
Vega Baja, Puerto Rico 00694
Telephone 858-5324

**Santander**

**CHEQUE OFICIAL**

101-234
215

Num. 3964590

SUCURSAL 0075 SUC. VEGA BAJA    FECHA 02/08/2011

$ $3,028.00

PAGUESE                                                                                                    DOLARES

A LA ORDEN DE    ALEJANDRO OLIVERAS RIVERA

Sobre $25,000 se requieren dos firmas

⑈3964590⑈ ⑆021502341⑆ 900⑈990038⑈

---

NUM. 3964590
BENEFICIARIO ALEJANDRO OLIVERAS RIVERA

FECHA 02/08/2011

CONCEPTO PAGO A SINDICO

IMPORTE $ $3,028.00

Si este cheque oficial se pierde, es destruido o robado, usted o el tomador deberá completar una Declaración de Cheque Oficial Perdido, Destruido o Robado. La Ley de Intrumentos Negociables y Transacciones Bancarias dispone que su reclamación será exigible dentro de los 90 días de la fecha del cheque. Antes dicho período de tiempo su reclamación no tendrá ningún efecto legal y el Banco podrá pagar el cheque.